**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joel Allen McDonald Jr.** | Social Security number or ITIN **xxx–xx–4554** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | |
| Case number: | **18–72197–SCS** | |

# Discharge of Debtor                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joel Allen McDonald Jr.
dba McDonald Web Works. LLC, fdba Comit Strategies, LLC

<u>October 1, 2018</u>                     **For the court:**         William C. Redden
                                                                       Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Discharge of Debtor**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 18-72197-SCS
Joel Allen McDonald, Jr.                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8          User: admin            Page 1 of 2            Date Rcvd: Oct 02, 2018
                              Form ID: 318           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
```
db            +Joel Allen McDonald, Jr.,   PO Box 62025,   Virginia Beach, VA 23466-2025
14423961      +Best Buy/cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
14423965       Enhanced Recovery Company,   PO Box 23870,   Jacksonville, FL 32241-3870
14423959      +Experian,   955 American Lane,   Schaumburg, IL 60173-4998
14423966      +Fundbox,   300 Montgomery St,   Ste 900,   San Francisco, CA 94104-1921
14423967      +Glass Mountain Capital LLC,   1930 Thoreau Drive, Ste. 100,   Schaumburg, IL 60173-4179
14423968      +Glelsi/nelnet,   2401 International Lane,   Madison, WI 53704-3121
14423969      +Intermountain Healthcare Lds,   36 S State Street,   Salt Lake City, UT 84111-1633
14423971      +Lawrence A. Patish, P.C.,   110 Maycox Ave,   Suite 11,   Norfolk, VA 23505-3433
14423973      +MRS Associates, Inc.,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
14423979     #+PayPal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
14423980      +Pembroke Commercial Realty,   825 Crossing Court, #103,   Virginia Beach, VA 23455-6234
14423983       Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
14423984      +The CBE Group, Inc.,   Po Box 900,   Waterloo, IA 50704-0900
14425310      +U.S. Attorney's Office,   101 W. Main Street,   Ste. 8000, World Trade Ctr.,
                Norfolk, VA 23510-1651
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QTCSMITH.COM Oct 03 2018 06:48:00      Tom C. Smith, Jr.,   P.O. Box 1506,
                Virginia Beach, VA 23451-9506
14423960      +EDI: TSYS2.COM Oct 03 2018 06:48:00      Barclays Bank Delaware,   Attn: Correspondence,
                Po Box 8801,   Wilmington, DE 19899-8801
14423962      +EDI: CAPITALONE.COM Oct 03 2018 06:48:00      Capital One Bank, N.A.,   Attn: Bankruptcy,
                PO Box 30285,   Salt Lake City, UT 84130-0285
14423963      +EDI: CHASE.COM Oct 03 2018 06:48:00      Chase Card Services,   Correspondence Dept,
                Po Box 15298,   Wilmington, DE 19850-5298
14423964      +EDI: NAVIENTFKASMDOE.COM Oct 03 2018 06:48:00      Dept of Ed / Navient,   Attn: Claims Dept,
                Po Box 9635,   Wilkes Barr, PA 18773-9635
14423970       EDI: IRS.COM Oct 03 2018 06:48:00      IRS,   PO Box 219236,   Kansas City, MO 64121
14423972       EDI: MID8.COM Oct 03 2018 06:48:00      Midland Credit Mgmt,   PO Box 60578,
                Los Angeles, CA 90060-0578
14423974      +EDI: NFCU.COM Oct 03 2018 06:48:00      Navy Federal Cr Union,   Attn: Bankruptcy,   Po Box 3000,
                Merrifield, VA 22119-3000
14423976       EDI: NFCU.COM Oct 03 2018 06:48:00      Navy Federal Credit Union,   General Correspondence,
                PO Box 3500,   Merrifield, VA 22119-3000
14423975      +EDI: NFCU.COM Oct 03 2018 06:48:00      Navy Federal Credit Union,   Attn: Bankruptcy,
                Po Box 3000,   Merrifield, VA 22119-3000
14423977      +EDI: NFCU.COM Oct 03 2018 06:48:00      Navy Federal Cu,   Attn: Bankruptcy,   Po Box 3000,
                Merrifield, VA 22119-3000
14423978      +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 03:09:59      Nelnet,   Attn: Claims,
                Po Box 82505,   Lincoln, NE 68501-2505
14423957      +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Oct 03 2018 03:09:44      Office of the U.S. Trustee,
                Federal Building Room 625,   200 Granby Street,   Norfolk, VA 23510-1814
14423981       EDI: PRA.COM Oct 03 2018 06:48:00      Portfolio Recovery Assoc LLC,   120 Corporate Blvd,
                Norfolk, VA 23502
14423982      +EDI: RMSC.COM Oct 03 2018 06:48:00      Syncb/amazon Plcc,   PO Box 965060,
                Orlando, FL 32896-5060
14423985       EDI: WFFC.COM Oct 03 2018 06:48:00      Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                Greenville, SC 29606
                                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14423955       18-72197
14423956       Joel Allen McDonald, Jr.
aty*          +Tom C. Smith, Jr.,   P.O. Box 1506,   Virginia Beach, VA 23451-9506
14423958*      Internal Revenue Service,   Centralized Insolvency Operation,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0422-8          User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2018
                              Form ID: 318             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Edrie A. Pfeiffer    on behalf of Debtor Joel Allen McDonald, Jr. admin@hamptonroadslegal.com,
               noticeshrls@gmail.com;r48254@notify.bestcase.com;jspenceattorney@gmail.com
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Tom C. Smith, Jr.    on behalf of Trustee Tom C. Smith, Jr. trustee@tomcsmith.com,
               tcsmith@ecf.epiqsystems.com
              Tom C. Smith, Jr.    trustee@tomcsmith.com,  tcsmith@ecf.epiqsystems.com
                                                                                            TOTAL: 4
```